No. 1167. ZUAZO, PROMOVENTE Y APELADA, *v.* MOLINA ET AL., OPOSITORES Y APELANTES.—Apelación procedente de la Corte de Distrito de Arecibo en un expediente de dominio. Moción

de la parte apelada para que se desestime la apelación. Resuelto en junio 16, 1914. Desestimada la apelación por no haberse radicado la transcripción de autos. Abogado de la apelada: *Sr. V. Polanco de Jesús.* Los apelantes no comparecieron.